UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL SNEED,<br><br>        Plaintiff,<br><br>    v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>        Defendants. | Case No.: 3:25-cv-00069-MMD-CLB<br><br>**ORDER EXCLUDING CASE FROM INMATE EARLY MEDIATION PROGRAM** |

On October 8, 2025, the Court screened Plaintiff's second amended complaint, allowing some claims to proceed and dismissing others with leave to amend by November 7, 2025. (ECF No. 8). The Court also deferred ruling on Plaintiff's application to proceed *in forma pauperis*, and it denied his emergency injunctive-relief motion without prejudice. (*Id.*) Plaintiff now moves to exclude this case from the Court's Inmate Early Mediation ("IEM") program, arguing that his claims cannot be compromised, and he wants to obtain injunctive relief. (ECF No. 9).

The IEM program's goal is to save resources by referring the parties in some prisoner civil-rights cases to mediation. Considering the nature of Plaintiff's claims, the Court finds that it would not be productive to set this case for mediation.

**IT IS THEREFORE ORDERED** that the motion to exclude this case from the IEM program (ECF No. 9) is **GRANTED**.

Plaintiff is reminded that he has until November 7, 2025, to file a third amended complaint if he wishes to do so. If Plaintiff does not want to file an amended complaint, then he may file a notice stating his intention to proceed on only the Eighth Amendment claim about outdoor exercise conditions or allow the deadline to expire.

**DATED**: October 14, 2025

_____
UNITED STATES MAGISTRATE JUDGE